In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00184-CV
_____


IN THE INTEREST OF M.M.G. AND A.A.M.


On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CV1814042


MEMORANDUM OPINION

The trial court signed a judgment terminating appellant's parental rights on April 1, 2019. On June 21, 2019, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant filed a response, in which appellant stated that she had timely filed a motion for new trial and requested additional time to file her brief.

Appellant filed notice of appeal on June 17, 2019, more than twenty days from the date of the judgment and outside the period for which we may grant an extension

of time to perfect appeal. *See* Tex. R. App. P. 26.1(b), 26.3. In an accelerated appeal, the filing of a motion for new trial does not extend the appellate deadlines. *See In the Interest of K.A.F.*, 160 S.W.3d 923, 925, 927-28 (Tex. 2005); *see also* Tex. R. App. P. 26.1(b). This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on July 24, 2019
Opinion Delivered July 25, 2019

Before Kreger, Horton and Johnson, JJ.